MELINDA HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS ALAN LOBATO,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | CIVIL NO. 3:10-CV-02022-JCS<br><br>**STIPULATION FOR EXTENDING BRIEFING SCHEDULE AND [PROPOSED] ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment or remand. The undersigned was reassigned the above-referenced case, along with 11 district court cases with filing deadlines between September 27, 2010 and October 27, 2010. The reassigned cases are in addition to the undersigned's existing disability litigation workload which requires filings in 5 more cases in the eastern and central district courts of California in the next 30 days, as well as counsel's active employment discrimination cases before the Equal

-1-

Employment Opportunity Commission (EEOC). Counsel for the Commissioner requires additional time in order to respond to Plaintiff's arguments. The current date is October 8, 2010. The new due date will be November 8, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: September 28, 2010

/s/ Glenn M. Clark *
GLENN M. CLARK
(* telephonic authorization 9/28/10)
Miller, Clark, Calvert & Obenour
Attorney for Plaintiff


MELINDA HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

/s/ Cynthia B. De Nardi
CYNTHIA B. DE NARDI

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: 09/28/10    _____
UNITED STATES MAGISTRATE JUDGE