MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8974
Facsimile: (415) 744-0134
E-Mail: Ann.Maley@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LOBATO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant.<br>_____ | CIVIL NO. 3:10-cv-02022 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |

    Parties, through their attorneys, move this Court for an Order granting Defendant until February 1, 2012 within which to file his response to Plaintiff's Motion for Attorney's Fees (the response is currently due on January 18, 2012).

    Good cause exists for this extension. Defendant's counsel works a part-time schedule and due to the press of business, including three other briefing deadlines in the Northern, Eastern, and Central Districts of California, additional time is needed to complete Defendant's opposing brief. Plaintiff has stipulated to Defendant's request. This is Defendant's second request for an extension.

    It is respectfully requested that the Court approve this stipulation and grant Defendant up to and including February 1, 2012 to file its opposition to Plaintiff's Motion for Attorney's Fees.

Respectfully submitted,

DATED: January 13, 2012  By: */s/ Glenn M. Clark*
Miller, Clark, Calvert & Obenour
(As agreed via telephone on 1/13/12)
Glenn Clark
Attorney at Law
Attorney for Plaintiff

Dated: January 13, 2012  MELINDA L. HAAG
United States Attorney

/s/ *Ann L. Maley*
ANN L. Maley
Special Assistant U.S. Attorney

Attorneys for Defendant

Pursuant to stipulation, IT IS ORDERED that Defendant's time to respond to Plaintiff's Motion for Attorney's fees is extended from January 18, 2012 to February 1, 2012.

DATED: Jan. 17, 2012

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

2 - Motion & Order Extending Def's Time