```
 1  MELINDA L. HAAG
    United States Attorney
 2  DONNA L. CALVERT, ISBN 6191786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ANN L. MALEY, CSBN 176877
 4  Special Assistant United States Attorney

 5
        333 Market Street, Suite 1500
 6      San Francisco, California 94105
        Telephone:  (415) 977-8974
 7      Facsimile:  (415) 744-0134
        E-Mail: Ann.Maley@ssa.gov
 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS LOBATO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____) | CIVIL NO. 3:10-cv-02022 JCS<br><br>**STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |

Parties, through their attorneys, move this Court for an Order granting Defendant until February 1, 2012 within which to file his response to Plaintiff's Motion for Attorney's Fees (the response is currently due on January 18, 2012).

Good cause exists for this extension. Defendant's counsel works a part-time schedule and due to the press of business, including three other briefing deadlines in the Northern, Eastern, and Central Districts of California, additional time is needed to complete Defendant's opposing brief. Plaintiff has stipulated to Defendant's request. This is Defendant's second request for an extension.

It is respectfully requested that the Court approve this stipulation and grant Defendant up to and including February 1, 2012 to file its opposition to Plaintiff's Motion for Attorney's Fees.

Respectfully submitted,

DATED: January 13, 2012                By: */s/ Glenn M. Clark*
                                       Miller, Clark, Calvert & Obenour
                                       (As agreed via telephone on 1/13/12)
                                       Glenn Clark
                                       Attorney at Law
                                       Attorney for Plaintiff


Dated: January 13, 2012                MELINDA L. HAAG
                                       United States Attorney


                                       /s/ *Ann L. Maley*
                                       ANN L. Maley
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

Pursuant to stipulation, IT IS ORDERED that Defendant's time to respond to Plaintiff's Motion for Attorney's fees is extended from January 18, 2012 to February 1, 2012.

DATED: Jan. 17, 2012

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

2 - Motion & Order Extending Def's Time